30 A.3d 1060

STATE OF NEW JERSEY IN THE INTEREST OF V.A., A MINOR.

STATE OF NEW JERSEY IN THE INTEREST OF T.H., A MINOR.

STATE OF NEW JERSEY IN THE INTEREST OF C.T., A MINOR.

STATE OF NEW JERSEY IN THE INTEREST OF M.R., A MINOR.

October 20, 2011.

This matter having been duly presented to the Court, it is ORDERED that the motion of M.R. for leave to appeal is granted.

30 A.3d 1060

STATE OF NEW JERSEY IN THE INTEREST OF V.A., A MINOR.

STATE OF NEW JERSEY IN THE INTEREST OF T.H., A MINOR.

STATE OF NEW JERSEY IN THE INTEREST OF C.T., A MINOR.

STATE OF NEW JERSEY IN THE INTEREST OF M.R., A MINOR.

October 20, 2011.

This matter having been duly presented to the Court, it is ORDERED that the motion of C.T. for leave to appeal is granted.